UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TERRY REILLY,

PLAINTIFF,

vs.  CASE NO. 1:11-CV-01089-WJ/WDS

KMART CORPORATION, INC., a
Michigan Corporation,

DEFENDANT

**ORDER RESETTING EXPERT DISCLOSURE DEADLINE
AND SETTLEMENT CONFERENCE**

The Court having reviewed the parties' Joint Motion to Reset Expert Disclosure Deadline and Reschedule Settlement Conference [Doc. 33], and good cause appearing;

IT IS HEREBY ORDERED extending the deadline for Defendant to identify in writing any expert witness to be used at trial and to provide expert reports pursuant to Fed. R. Civ. 26(a)(2)(B) from July 16 to August 13, 2012, and,

IT IS ORDERED that the Settlement Conference previously set for August 7, 2012 at 9:00 a.m. [Doc. 20] is hereby vacated, and will be rescheduled at a later date.

_____
W. Daniel Schneider
United States Magistrate Judge