UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| TERRY REILLY, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| vs. § | CASE NO. 1:11-CV-01089-WJ/WDS |
| § | |
| KMART CORPORATION, INC., a § | |
| Michigan Corporation, § | |
| § | |
| DEFENDANT § | |

## ORDER RESETTING PRETRIAL DEADLINES

The Court having reviewed the parties' Stipulation and Joint Motion to modify the pretrial deadlines established by this Court on September 4, 2012 [Doc. 46], and good cause appearing;

IT IS HEREBY ORDERED extending the deadlines as follows:

1. The termination date for discovery is extended from January 15, 2013 to **April 15, 2013**;

2. The deadline for filing motions relating to discovery is extended from January 28, 2012 to **April 29, 2013**;

3. The deadline for filing motions, other than discovery motions, is extended from March 1, 2013 to **May 30, 2013**; and

4. The deadline for filing of the consolidated final Pretrial Order is extended as follows: Plaintiff to Defendant on or before **July 30, 2013** (from May 1, 2013); Defendant to the Court on or before **August 12, 2013** (from May 13, 2013).

*[signature]*

W. Daniel Schneider
United States Magistrate Judge