UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TERRY REILLY,

    PLAINTIFF,

vs.

KMART CORPORATION, INC., a Michigan Corporation,

    DEFENDANT

§
§
§
§
§
§
§
§
§
§
§

CASE NO. 1:11-CV-01089-WJ/WDS

## ORDER RESETTING PRETRIAL DEADLINES

The Court having reviewed the parties' Stipulation and Joint Motion to modify the pretrial deadlines established by this Court, and good cause appearing;

IT IS HEREBY ORDERED that pretrial deadlines are reset as follows:

1. The termination date for discovery is extended from April 15, 2013 to **May 31, 2013**;

2. The deadline for filing motions relating to discovery is extended from April 29, 2013 to **June 14, 2013**;

3. The deadline for filing motions, other than discovery motions, is extended from May 30, 2013 to **July 15, 2013**; and

4. The deadline for filing of the consolidated final Pretrial Order is extended as follows: Plaintiff to Defendant on or before **September 16, 2013** (from July 30, 2013); Defendant to the Court on or before **September 30, 2013** (from August 12, 2013).

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge