IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRY REILLY,

    Plaintiff,

v.                                                            No. 11-cv-1089 WJ/SMV

KMART CO.,

    Defendant.

## ORDER GRANTING FOURTH MOTION TO EXTEND PRETRIAL DEADLINES

    THIS MATTER is before the parties' Stipulation and Joint Motion to Modify the Pretrial Deadilnes (Fourth Request) [Doc. 69], filed May 2, 2013.  The Court, having reviewed the parties' Motion, being informed that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Stipulation and Joint Motion to Modify the Pretrial Deadlines (Fourth Request) [Doc. 69] is **GRANTED**. The pretrial deadlines are extended as follows:

    1.    The termination date for discovery is extended from May 31, 2013 to **June 28, 2013**, for the limited purpose of allowing the deposition of the Plaintiff, Terry Reilly, and the deposition of Donald Roseborough (the termination date for all other discovery to remain May 31, 2013);

    2.    The deadline for filing motions relating to discovery is extended from June 14, 2013 to **July 15, 2013**;

    3.    The deadline for filing pretrial motions, other than discovery motions, is extended from July 15, 2013 to **August 15, 2013**; and

4. The deadline for filing of the consolidated final Pretrial Order is extended as follows: Plaintiff to Defendant on or before **October 16, 2013** (from September 16, 2013); Defendant to the Court on or before **October 30, 2013** (from September 30, 2013).

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**