IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TERRY REILLY,**

    **Plaintiff,**

**v.**                                                   **No. 11-cv-1089 WJ/SMV**

**KMART CO.,**

    **Defendant.**

### ORDER GRANTING FIFTH MOTION TO EXTEND PRETRIAL DEADLINES

THIS MATTER is before the Court on the parties' Stipulation and Joint Motion to Modify the Pretrial Deadlines (Fifth Request) [Doc. 75], filed June 18, 2013.  The Court, having reviewed the parties' Motion, being informed that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Stipulation and Joint Motion to Modify the Pretrial Deadlines (Fifth Request) [Doc. 75] is **GRANTED**.  The pretrial deadlines are extended as follows:

    1.    The termination date for discovery is extended from June 28, 2013 to **September 6, 2013**, for the limited purpose of allowing the deposition of the Plaintiff, Terry Reilly, and allowing continuing disclosure until **August 15, 2013**;

    2.    The deadline for filing motions relating to discovery is extended from July 15, 2013 to **September 23, 2013**;

    3.    The deadline for filing pretrial motions, other than discovery motions, is extended from from August 15, 2013 to **October 25, 2013**; and

2

4.  The deadline for filing of the consolidated final Pretrial Order is extended as follows: Plaintiff to Defendant on or before **December 20, 2013** (from October 16, 2013); Defendant to the Court on or before **January 15, 2014** (from October 30, 2013).

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**