# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**TERRY REILLY,**

     **Plaintiff,**

**v.**                                                                 **No. 11-cv-1089 KG/SMV**

**KMART CORP.,**

     **Defendant.**

## ORDER GRANTING SIXTH MOTION TO EXTEND PRETRIAL DEADLINES

THIS MATTER is before the Court on the parties' Stipulation and Joint Motion to Modify the Pretrial Deadlines (Sixth Request) [Doc. 93], filed October 21, 2013. The motion is unopposed, and no trial has been set in this case. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Stipulation and Joint Motion to Modify the Pretrial Deadlines (Sixth Request) [Doc. 93] is **GRANTED**. The pretrial deadlines are extended as follows:

1.      The deadline for filing pretrial motions, other than discovery motions, is extended from October 25, 2013, to **November 8, 2013**; and

2.      The deadline for filing of the consolidated final Pretrial Order is extended as follows: Plaintiff to Defendant on or before **February 10, 2014** (from December 20, 2013); Defendant to the Court on or before **February 24, 2014** (from January 15, 2014).

**IT IS SO ORDERED**.

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**