IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRY REILLY,

    Plaintiff,

v.                                                                 No. 11-cv-1089 KG/SMV

KMART CORP.,

    Defendant.

## ORDER GRANTING SEVENTH MOTION TO EXTEND PRETRIAL DEADLINES

    **THIS MATTER** is before the Court on the parties' Stipulation and Joint Motion to Modify the Pretrial Deadlines (Seventh Request) [Doc. 98], filed November 7, 2013. The motion is unopposed, and no trial has been set in this case. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Stipulation and Joint Motion to Modify the Pretrial Deadlines (Seventh Request) [Doc. 98] is **GRANTED**. The pretrial deadlines are extended as follows:

    1.    The deadline for filing pretrial motions, other than discovery motions, is extended from November 8, 2013, to **November 22, 2013**, and

    2.    The deadline for filing of the consolidated final Pretrial Order is extended as follows: Plaintiff to Defendant on or before **March 20, 2014** (from February 10, 2014); Defendant to the Court on or before **April 3, 2014** (from February 24, 2014).

    **IT IS SO ORDERED**.

                                                                                    **STEPHAN M. VIDMAR**
                                                                                   **United States Magistrate Judge**