UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| TERRY REILLY, | § § § | |
| PLAINTIFF, | § § | |
| vs. | § § | NO. 11-CV-1089 KG/SMV |
| KMART CORP., | § § § | |
| DEFENDANT | § § | |

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation and Joint Motion for Dismissal with Prejudice [Doc. 104], filed December 13, 2013. The motion is unopposed. The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED ADJUDGED, AND DECREED** that the Stipulation and Joint Motion for Dismissal with Prejudice [Doc. 104] is **GRANTED**. The above-captioned action is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs incurred therein.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

SOMMER, UDALL, SUTIN, HARDWICK & HYATT, P.A.


By:   /s/ Jack Hardwick
      Jack Hardwick
      P.O. Box 1984
      Santa Fe, NM  87504-1984
      (505) 982-4676
      ATTORNEYS FOR PLAINTIFF

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:   /s/Jim Mackie
      James K. Mackie
      3430 E. Sunrise Drive, Suite 220
      Tucson, AZ  85718
      (520) 544-0300

      and

TINNIN LAW FIRM
Stanley K. Kotovsky Jr.
500 Marquette NW, Ste. 1300
Albuquerque, NM  87102
(505) 768-1500

Attorneys for Defendant